In the Matter of ELIZABETH F. VILKOMERSON, an Attorney. ELIZABETH F. VILKOMERSON, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued November 12, 1946; decided November 27, 1946.

*Elizabeth F. Vilkomerson,* in person, opposed.

Motion granted and appeal dismissed, with costs.